ACCEPTED
06-14-00097-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 4:05:41 PM
DEBBIE AUTREY
CLERK

CASE NO. 06-14-00097-CR

In The

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 4:05:41 PM
DEBBIE AUTREY
Clerk

WILLIE FRANK JACKSON, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
of Hunt County, Texas
Trial Court Cause No. 29,295
Honorable Richard A. Beacom, Jr., Judge Presiding

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

NOBLE DAN WALKER, JR.
District Attorney, in and for
Hunt County, Texas

KELI M. AIKEN
Assistant District Attorney
State Bar Number - 24043442
P.O. Box 441
4th Floor, Hunt County Courthouse
Greenville, Texas 75401
Telephone Number - (903) 408-4180
Facsimile Number - (903) 408-4296
kaiken@huntcounty.net

# MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

Comes now, The State of Texas, and files this, her Motion for Extension of Time to File State's Brief.

I.

The current filing deadline for the State's brief was March 23, 2015.

II.

The State requests permission to file a brief by April 24, 2015.

III.

The State requests an extension because a new prosecutor has taken over this case and will need time to review the record to respond to the appeal. The prosecutor who handled this trial is no longer with our office. After the prior assistant left the office, we discovered that no response was filed in this case. We obtained a copy of the record as of Friday, April 10, 2015 and are working to respond to the appeal.

IV.

The State has made no previous requests for extensions to file her brief.

V.

The Appellant is not going to file an opposition to this motion.

## VI.

For the reasons stated hereinabove, it is respectfully requested that this Court grant the State of Texas until April 24, 2015, to file her brief.

Respectfully submitted,

**/s/ Keli M. Aiken**
Keli M. Aiken
Assistant District Attorney
Hunt County, Texas
P.O. Box 441
Greenville, Texas 75403-0441
Phone: 903/408-4180
Fax: 903/408-4296
kaiken@huntcounty.net

## CERTIFICATE OF CONFERENCE

I certify that I conferred by telephone with Mr. Jason Duff today, April 13, 2015, regarding this motion, and Mr. Duff courteously agreed stated he would not file a motion in opposition to our request.

**/s/ Keli M. Aiken**
Keli M. Aiken

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Motion to Extend Time to File State's Brief has been forwarded to Mr. Jason Duff on April 13, 2015 by placing the copy in his box in the Hunt County District Clerk's office per local rules.

**/s/ Keli M. Aiken**
Keli M. Aiken